|   |   |   |
|---|---|---|
| **WO** | IN THE UNITED STATES DISTRICT COURT | |
| | FOR THE DISTRICT OF ARIZONA | |

United States of America,  )
           Plaintiff,  )    CR-07-738-PHX-DGC
    v.  )
Patricia Denise Mayhorn,  )    ORDER OF DETENTION
           Defendant.  )
_____)

In accordance with the Bail Reform Act, 18 U.S.C. § 3142(f), a detention hearing has been held. The matter having been taken under advisement by the Court.

IT IS ORDERED that the defendant shall be release to Crossroads Halfway House Facility, for placement pending further order of the Court. Defendant shall be brought over "BAG and BAGGAGE" on August 25, 2009 at 10:30 am before Magistrate Judge David K. Duncan for a release hearing. Magistrate Judge Edward C. Voss has made a determination that the defendant is to be released. Conditions of release have been signed by Magistrate Judge Edward C. Voss; defendant will need only to be advised of the conditions of release.

DATED this 21st day of August, 2009.

_____
Edward C. Voss
United States Magistrate Judge